**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **CODEC TECHNOLOGIES LLC,** | |
| Plaintiff, | |
| **v.** | **CIVIL ACTION NO 2:16-cv-882** |
| | **(consolidated for Pre-Trial)** |
| **CHENZHI CORPORATION d/b/a IVIEW,** | |
| Defendant. | |

| | |
|---|---|
| **CODEC TECHNOLOGIES LLC,** | |
| Plaintiff, | |
| **v.** | **CIVIL ACTION NO 2:16-cv-879** |
| **DOUBLE POWER TECHNOLOGY, INC.,** | |
| Defendant. | |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Joint Motion to Dismiss with Prejudice of all claims asserted between plaintiff, Codec Technologies LLC, and defendant, Double Power Technology, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff, Codec Technologies LLC, and defendant, Double Power Technology, Inc., are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the

party that incurred them.  The clerk is directed to close the case.

SO ORDERED.

**SIGNED this 18th day of December, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE